UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMPSON PACIFIC CONSTRUCTION,<br><br>    Plaintiff(s),<br><br>v.<br><br>NAVIGATORS INS. CO.,<br><br>    Defendant(s).<br>_____ / | No. C 07-02641 JCS<br><br>**CONSENT TO PROCEED BEFORE A**<br>**UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 6/6/07

_____
Signature

Counsel for DEFENDANT NAVIGATORS
(Name or party or indicate "pro se")

2

Re:          Thompson Pacific Construction, Inc., et al. v. Navigators Insurance Company, et al.
Court:       United States District Court, Northern District of California
Action No:   C 07-02641 JCS

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Burnham Brown whose business address is 1901 Harrison Street, 11th Floor, Oakland, Alameda County, California 94612 (mailing address: Post Office Box 119, Oakland, California 94604).

On June 6, 2007, I served the following document(s) in the following manner(s):

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

☒    **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon, in the United States mail at Oakland, California, addressed as set forth below.

☐    **FACSIMILE:** By transmitted a true copy, via facsimile electronic equipment transmission (fax) to the office(s) of the addressee(s) at the fax number(s) below. The number of pages transmitted (including the Proof of Service Form) was    .

Robert J. Romero                                    Plaintiff THOMPSON PACIFIC CONSTRUCTION
Hinshaw & Culbertson
One California Street, 18th Floor
San Francisco, CA 94111
415-362-6000
415-834-9070

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:       June 6, 2007

_____
Edith Bloodgood