UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMPSON PACIFIC CONSTRUCTION,<br><br>Plaintiff(s),<br><br>v.<br><br>NAVIGATORS INS. CO.,<br><br>Defendant(s).<br>_____/ | No. C 07-02641 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: *June 6, 2007*

Signature: *[signature]*

Counsel for *Thompson Pacific Construction*
(Name or party or indicate "pro se")

3

**PROOF OF SERVICE**

Re: **Thompson Pacific Construction v. Navigators Ins. Co.**
Case No. C07-02641 (JCS)

    I am a citizen of the United States and employed in San Francisco, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is One California Street, 18th Floor, San Francisco, CA 94111.

    On June 6, 2007 I served the document(s) entitled, **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATE DISTRICT JUDGE** on the interested parties in this action by placing trust copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**[ ] (BY MAIL):** I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

**[ ] (BY FACSIMILE TRANSMISSION):** I caused a true copy thereof from sending facsimile machine telephone number 415-834-9070 to be sent via facsimile to the above listed names and facsimile numbers and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

**[ ] (BY ELECTRONIC MAIL)** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

Clark J. Burnham, Esq.       *Attorneys for Defendant*
Elizabeth C. Kim, Esq.       Navigator Insurance Company
Eva P. Kwan, Esq.
Burnham & Brown
P.O. Box 119
1901 Harrison Street, 11th floor
Oakland, CA 94604
Tel: (510) 444-6800
Fax: (510) 835-6666
email: cburnham@burnhambrown.com
       lkim@burnhambrown.com
       ekwan@burnhambrown.com

    I declare under penalty of perjury under the laws of the United States that the above true and correct and was executed on June 6, 2007, at San Francisco, California.

_____
Grace Stuart

2050105v1 850141