1  ROBERT J. ROMERO (SBN: 136539)
   MERLE J. PANICK (SBN: 124731)
2  HINSHAW & CULBERTSON LLP
   One California Street
3  18th Floor
   San Francisco, CA 94111
4  Telephone:   415-362-6000
   Facsimile:   415-834-9070
5  rromero@hinshawlaw.com
   mpanick@hinshawlaw.com
6

7  **Attorneys for Plaintiff**
   THOMPSON PACIFIC
8  CONSTRUCTION, INC.

9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMPSON PACIFIC CONSTRUCTION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>NAVIGATORS INSURANCE COMPANY; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No:  C 07-02641 CRB<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND INITIAL FRCP 26 DISCLOSURE**<br><br>Complaint Filed:    April 13, 2007 |

IT IS HEREBY STIPULATED by and between plaintiff Thompson Pacific Construction, Inc. and defendant NIC Insurance Company (incorrectly sued as Navigators Insurance Company), that the Initial Case Management Conference presently scheduled for August 24, 2007 at 8:30 a.m., be continued to September 21, 2007 at 8:30 a.m.; and (2) the initial FRCP 26 disclosures and discovery plan be continued to two weeks thereafter.

/ / /

1

STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND INITIAL FRCP 26 DISCLOSURE, CASE NO. C 07-02641 CRB

2960794v1 859141

IT IS FURTHER STIPULATED that GOOD CAUSE EXISTS for the continuance of the Case Management Conference because the parties have voluntarily scheduled an all day mediation for August 29, 2007 in an effort to settle and/or narrow the issues presented. The parties respectfully submit that the Case Management Conference will be more meaningful after, rather than before, the August 29, 2007 mediation.

DATED: July __, 2007          HINSHAW & CULBERTSON LLP

By: _____
Robert J. Romero
Merle J. Panick
Attorneys for Plaintiff
THOMPSON PACIFIC CONSTRUCTION

DATED: July 18, 2007          BURNHAM & BROWN

By: _____
Elizabeth C. Kim
Attorneys for Defendant
NIC INSURANCE COMPANY

2

STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND INITIAL FRCP 26 DISCLOSURE, CASE NO. C 07-02641 CRB            2960794V1 859141

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Case Management Conference presently scheduled for August 24, 2007 at 8:30 a.m. be continued to September 21, 2007 at 8:30 a.m. with a corresponding continuance for the initial FRCP 26 disclosure.

Dated: _____          _____
                                                       Honorable Charles R. Breyer

STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND INITIAL FRCP 26 DISCLOSURE, CASE NO. C 07-02641 CRB                    2960794V1 859141