1  ROBERT J. ROMERO (SBN: 136539)
   MERLE J. PANICK (SBN: 124731)
2  HINSHAW & CULBERTSON LLP
   One California Street
3  18th Floor
   San Francisco, CA 94111
4  Telephone:   415-362-6000
   Facsimile:   415-834-9070
5  rromero@hinshawlaw.com
   mpanick@hinshawlaw.com
6

7  **Attorneys for Plaintiff**
   THOMPSON PACIFIC
8  CONSTRUCTION, INC.

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13 THOMPSON PACIFIC CONSTRUCTION, ) Case No:  C 07-02641 CRB
   INC.                           )
14                                )
                                  )
15        Plaintiff,              ) STIPULATION AND ORDER TO
                                  ) CONTINUE INITIAL CASE
16    vs.                         ) MANAGEMENT CONFERENCE AND
                                  ) INITIAL FRCP 26 DISCLOSURE
17 NAVIGATORS INSURANCE           )
   COMPANY; and DOES 1 through 50,)
18 inclusive,                     )
                                  ) Complaint Filed:   April 13, 2007
19        Defendants.             )

20

21      IT IS HEREBY STIPULATED by and between plaintiff Thompson Pacific

22 Construction, Inc. and defendant NIC Insurance Company (incorrectly sued as

23 Navigators Insurance Company), that the Initial Case Management Conference presently

24 scheduled for August 24, 2007 at 8:30 a.m., be continued to September 21, 2007 at 8:30

25 a.m.; and (2) the initial FRCP 26 disclosures and discovery plan be continued to two

26 weeks thereafter.

27 / / /

28
                                       1
   STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND
   INITIAL FRCP 26 DISCLOSURE, CASE NO. C 07-02641 CRB
                                                                    2960794v1 859141

1      IT IS FURTHER STIPULATED that GOOD CAUSE EXISTS for the continuance
2  of the Case Management Conference because the parties have voluntarily scheduled an
3  all day mediation for August 29, 2007 in an effort to settle and/or narrow the issues
4  presented. The parties respectfully submit that the Case Management Conference will be
5  more meaningful after, rather than before, the August 29, 2007 mediation.

7  DATED: July __, 2007           HINSHAW & CULBERTSON LLP

10 By: _____
    Robert J. Romero
    Merle J. Panick
11     Attorneys for Plaintiff
    THOMPSON PACIFIC CONSTRUCTION

13 DATED: July 18, 2007          BURNHAM & BROWN

15 By: _____
    Elizabeth C. Kim
16     Attorneys for Defendant
    NIC INSURANCE COMPANY

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Case Management Conference presently scheduled for August 24, 2007 at 8:30 a.m. be continued to September 21, 2007 at 8:30 a.m. with a corresponding continuance for the initial FRCP 26 disclosure.

Dated: July 23, 2007

Honorable Charles R. Breyer



IT IS SO ORDERED
Judge Charles R. Breyer

3

STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND INITIAL FRCP 26 DISCLOSURE, CASE NO. C 07-02641 CRB    2960794V1 859141