1  ROBERT J. ROMERO (SBN: 136539)
   MERLE J. PANICK (SBN: 124731)
2  HINSHAW & CULBERTSON LLP
   One California Street
3  18th Floor
   San Francisco, CA 94111
4  Telephone:    415-362-6000
   Facsimile:    415-834-9070
5  rromero@hinshawlaw.com
   mpanick@hinshawlaw.com
6
   *Attorneys for Plaintiff*
7  THOMPSON PACIFIC
   CONSTRUCTION, INC.
8

9

10            UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13  THOMPSON PACIFIC CONSTRUCTION,)  **Case No:  C 07-02641 CRB**
    INC.                          )
14                                )
                 Plaintiff,       )  **DEMAND FOR JURY TRIAL**
15                                )
            vs.                   )
16                                )
    NAVIGATORS INSURANCE          )
17  COMPANY; and DOES 1 through 50,)
    inclusive,                    )
18                                )
                 Defendants.      )
19  _____

20       Plaintiff Thompson Pacific Construction, Inc. hereby demands trial by jury in this

21  action.

22  DATED:  September 19, 2007        HINSHAW & CULBERTSON LLP

23

24

25  By: _____
        Robert J. Romero
        Merle J. Panick
26      Attorneys for Plaintiff
        THOMPSON PACIFIC CONSTRUCTION,
27      INC.

28
                                1