```
 1   ROBERT J. ROMERO (SBN: 136539)
     MERLE J. PANICK (SBN: 124731)
 2   HINSHAW & CULBERTSON LLP
     One California Street
 3   18th Floor
     San Francisco, CA 94111
 4   Telephone:   415-362-6000
     Facsimile:   415-834-9070
 5   rromero@hinshawlaw.com
     mpanick@hinshawlaw.com
 6
     Attorneys for Plaintiff
 7   THOMPSON PACIFIC
     CONSTRUCTION, INC.
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| THOMPSON PACIFIC CONSTRUCTION, INC. | ) Case No: C 07-02641 CRB |
|---|---|
| Plaintiff, | ) CERTIFICATION OF INTERESTED ) ENTITIES OR PERSONS |
| vs. | ) |
| NAVIGATORS INSURANCE COMPANY; and DOES 1 through 50, inclusive, | ) |
| Defendants. | ) |

Pursuant to Civil L.R.3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: September 20, 2007       HINSHAW & CULBERTSON LLP

By: /s/ *signature*
Robert J. Romero
Merle J. Panick
Attorneys for Plaintiff
THOMPSON PACIFIC CONSTRUCTION, INC.

1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. C 07-02641 CRB
2963021v1 859141