**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **September 21, 2007**

**C-07-02641CRB**

   **THOMPSON PACIFIC CONSTRUCTION**  v.  **NAVIGATORS INS. CO.**

Attorneys:    Merle Panick                     Elizabeth Kim

Deputy Clerk: **BARBARA ESPINOZA**        Reporter:  N/A

**PROCEEDINGS:**                                                    **RULING:**

1.  Initial Case Management Conference   -   held

2.  

3.  

**ORDERED AFTER HEARING:**


( ) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO October 26, 2007@ 8:30 a.m.  for  Further Case Management Conference

Discovery Cut-Off _____                Expert Discovery Cut-Off _____

Plntf to Name Experts by _____          Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                      Type of Trial:  ( )Jury    ( )Court

Notes: _____