1  Clark J. Burnham, CASB# 041792
   Elizabeth C. Kim, CASB# 225550
2  BURNHAM BROWN
   A Professional Law Corporation
3  P.O. Box 119
   Oakland, California 94604
4
   1901 Harrison Street, 11th Floor
5  Oakland, California 94612
   Telephone:  (510) 444-6800
6  Facsimile:  (510) 835-6666
   Email:      cburnham@burnhambrown.com
7              lkim@burnhambrown.com

8  Attorneys for Defendant
   NIC INSURANCE COMPANY
9  (incorrectly sued as Navigators Insurance Company)

10

11                UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14 | THOMPSON PACIFIC CONSTRUCTION, INC.,        | No. C 07-02641 CRB
15 |                                              |
   | Plaintiff,                                   | STIPULATION AND ORDER TO
16 |                                              | CONTINUE DEADLINE TO
   | v.                                           | EXCHANGE INITIAL FRCP 26
17 |                                              | DISCLOSURES AND FILE
   |                                              | DISCOVERY PLAN
18 | NAVIGATORS INSURANCE COMPANY;                |
   | and DOES 1 through 50, inclusive,            | Complaint Filed: April 13, 2007
19 |                                              | Trial Date: None Set
   | Defendants.                                  |
20

21                         **STIPULATION**

22        On September 21, 2007, the parties appeared for a Case Management Conference

23 ("CMC") before this Court. At that CMC, because the parties informed the Court of their

24 diligent efforts at early resolution through participation in one mediation session, and their plan

25 to participate in a further mediation in October, the Court ordered a further CMC on

26 October 26, 2007, after the parties' planned further mediation session.

27        When the Court ordered the further CMC, counsel neglected to obtain clarification as to

28 whether the two upcoming deadlines (exchange of FRCP Disclosures and filing Discovery

                                         1
STIPULATION AND ORDER TO CONTINUE DEADLINE                              No. C 07-02641 CRB
FOR INITIAL FRCP 26 DISCLOSURE AND DISCOVERY PLAN

Plan) also would be continued. In order that the parties may focus on preparations for the second mediation session, the parties agree that it would be beneficial to continue the upcoming deadlines.

Therefore, IT IS HEREBY STIPULATED by and between Plaintiff THOMPSON PACIFIC CONSTRUCTION, INC. and Defendant NIC INSURANCE COMPANY (incorrectly sued as Navigators Insurance Company), that the deadline to exchange initial FRCP 26 disclosures and to file the parties' written discovery plan be continued to two weeks after the further CMC, or November 9, 2007.

DATED: September 28, 2007

HINSHAW & CULBERTSON LLP

By /s/ Merle Panick
ROBERT J. ROMERO
MERLE J. PANICK
Attorneys for Plaintiff
THOMPSON PACIFIC CONSTRUCTION

DATED: September 28 2007

BURNHAM BROWN

By /s/
ELIZABETH C. KIM
Attorneys for Defendant
NIC INSURANCE COMPANY

## **ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the deadline for the parties to exchange initial FRCP 26 disclosures and to file a written discovery plan is continued to November 9, 2007.

DATED: _____      _____
                                                                        HONORABLE CHARLES R. BREYER

824284