1  Clark J. Burnham, CASB# 041792
   Elizabeth C. Kim, CASB# 225550
2  BURNHAM BROWN
   A Professional Law Corporation
3  P.O. Box 119
   Oakland, California 94604
4
   1901 Harrison Street, 11th Floor
5  Oakland, California 94612
   Telephone:    (510) 444-6800
6  Facsimile:    (510) 835-6666
   Email:        cburnham@burnhambrown.com
7                lkim@burnhambrown.com

8  Attorneys for Defendant
   NIC INSURANCE COMPANY
9  (incorrectly sued as Navigators Insurance Company)

10

11                  UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14  THOMPSON PACIFIC CONSTRUCTION,          No. C 07-02641 CRB
    INC.,
15                                          STIPULATION AND ORDER TO
               Plaintiff,                   CONTINUE DEADLINE TO
16                                          EXCHANGE INITIAL FRCP 26
    v.                                      DISCLOSURES AND FILE
17                                          DISCOVERY PLAN

    NAVIGATORS INSURANCE COMPANY;
18  and DOES 1 through 50, inclusive,       Complaint Filed:  April 13, 2007
                                            Trial Date:  None Set
19             Defendants.

20

21                          **STIPULATION**

22      On September 21, 2007, the parties appeared for a Case Management Conference

23  ("CMC") before this Court.  At that CMC, because the parties informed the Court of their

24  diligent efforts at early resolution through participation in one mediation session, and their plan

25  to participate in a further mediation in October, the Court ordered a further CMC on

26  October 26, 2007, after the parties' planned further mediation session.

27      When the Court ordered the further CMC, counsel neglected to obtain clarification as to

28  whether the two upcoming deadlines (exchange of FRCP Disclosures and filing Discovery

                                           1

1  Plan) also would be continued.  In order that the parties may focus on preparations for the

2  second mediation session, the parties agree that it would be beneficial to continue the

3  upcoming deadlines.

4       Therefore, IT IS HEREBY STIPULATED by and between Plaintiff THOMPSON

5  PACIFIC CONSTRUCTION, INC. and Defendant NIC INSURANCE COMPANY

6  (incorrectly sued as Navigators Insurance Company), that the deadline to exchange initial

7  FRCP 26 disclosures and to file the parties' written discovery plan be continued to two weeks

8  after the further CMC, or November 9, 2007.

9

10  DATED:  September 28, 2007              HINSHAW & CULBERTSON LLP

11

12                                        By _____

13                                           ROBERT J. ROMERO
                                             MERLE J. PANICK
14                                           Attorneys for Plaintiff
                                             THOMPSON PACIFIC CONSTRUCTION
15

16  DATED:  September 28 2007               BURNHAM BROWN

17

18                                        By _____

19                                           ELIZABETH C. KIM
                                             Attorneys for Defendant
20                                           NIC INSURANCE COMPANY

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE DEADLINE                    No. C 07-02641 CRB
FOR INITIAL FRCP 26 DISCLOSURE AND DISCOVERY PLAN

1

### ORDER

2      PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED

3   that the deadline for the parties to exchange initial FRCP 26 disclosures and to file a written

4   discovery plan is continued to November 9, 2007.

5

6   DATED: __October 3, 2007_____

7                                                           HONORABLE CHARLES R. BREYER

8   824284

9



IT IS SO ORDERED

Judge Charles R. Breyer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE DEADLINE                    No. C 07-02641 CRB
FOR INITIAL FRCP 26 DISCLOSURE AND DISCOVERY PLAN