```
 1  ROBERT J. ROMERO (SBN: 136539)
    MERLE J. PANICK (SBN: 124731)
 2  HINSHAW & CULBERTSON LLP
    One California Street
 3  18th Floor
    San Francisco, CA 94111
 4  Telephone:   415-362-6000
    Facsimile:   415-834-9070
 5  rromero@hinshawlaw.com
    mpanick@hinshawlaw.com
 6
    Attorneys for Plaintiff
 7  THOMPSON PACIFIC
    CONSTRUCTION, INC.
 8

 9
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| THOMPSON PACIFIC CONSTRUCTION, INC. | ) Case No: C 07-02641 CRB |
|---|---|
| Plaintiff, | ) **CERTIFICATION OF INTERESTED** |
| vs. | ) **ENTITIES OR PERSONS** |
| NAVIGATORS INSURANCE COMPANY; and DOES 1 through 50, inclusive, | ) |
| Defendants. | ) |

Pursuant to Civil L.R.3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  October 24, 2007          HINSHAW & CULBERTSON LLP



By: _____
   Robert J. Romero
   Merle J. Panick
   Attorneys for Plaintiff
   THOMPSON PACIFIC CONSTRUCTION, INC.

---

1