1  ROBERT J. ROMERO (SBN: 136539)
   MERLE J. PANICK (SBN: 124731)
2  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
3  San Francisco, CA 94111
   Telephone:   415-362-6000
4  Facsimile:   415-834-9070
   rromero@hinshawlaw.com
5  mpanick@hinshawlaw.com

6  Attorneys for Plaintiff
   THOMPSON PACIFIC CONSTRUCTION

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 THOMPSON PACIFIC CONSTRUCTION,     )   Case No: C 07-02641 CRB
   INC.                               )
12                                    )   NOTICE OF SETTLEMENT
            Plaintiff,                )
13                                    )   Date:    October 26, 2007
        vs.                           )   Time:    8:30 a.m.
14                                    )   Dept.:   6
   NAVIGATORS INSURANCE COMPANY;      )
15 and DOES 1 through 50, inclusive,  )   The Honorable Charles Breyer
                                      )
16          Defendants.               )   Complaint Filed:   April 13, 2007
                                      )
17                                    )

18

19     PLEASE TAKE NOTICE that on **October 25, 2007**, the parties in this matter reached a

20 settlement. Accordingly, the parties request thirty days to allow time to finalize the settlement

21 agreement and file an appropriate dismissal with prejudice.

22 DATED: October 25, 2007                HINSHAW & CULBERTSON LLP

23

24                                        By: 
                                              ROBERT J. ROMERO
25                                            MERLE J. PANICK
                                              Attorney for Plaintiff
26                                            THOMPSON PACIFIC CONSTRUCTION

27

28

                                         1

| | | |
|---|---|---|
| 1 | DATED: October 25, 2007 | BURNHAM & BROWN |
| 2 | | |
| 3 | | By: _____ |
| | | ELIZABETH KIM |
| | | Attorney for Defendant |
| 4 | | NIC INSURANCE COMPANY |

2964241v1   859141